UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01182-WWB-LHP

HOWARD COHAN,

     Plaintiff,

vs.

QUEST AIRPORT HOTEL, LLC
a Florida Limited Liability Company
d/b/a RAMADA SUITES ORLANDO
INTERNATIONAL AIRPORT

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, QUEST AIRPORT HOTEL, LLC, a Florida Limited Liability Company, d/b/a RAMADA SUITES ORLANDO INTERNATIONAL AIRPORT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED September 27, 2022.

By: **/s/ Gregory S. Sconzo**           By: **/s/ Paul J. Scheck**
Gregory S. Sconzo, Esq.               PAUL J. SCHECK, ESQ.
Florida Bar No.: 0105553             Florida Bar No.: 028487
Sconzo Law Office, P.A.               Primary E-Mail: pscheck@shutts.com
3825 PGA Boulevard, Suite 207       Secondary E-Mail:
Palm Beach Gardens, FL 33410       mljohnson@shutts.com

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

**SHUTTS & BOWEN LLP**
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6767
Facsimile: (407) 425-8316
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

 **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**

2